NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED ANALOGIC TECHNOLOGIES, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LINEAR TECHNOLOGY CORPORATION,**
*Intervenor.*

---

2010-1543

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-564.

---

## ON MOTION

---

## ORDER

Upon consideration of Linear Technology Corporation's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**OCT 2 1 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew N. Thomases, Esq.
Paul M. Bartkowski, Esq.
Mark G. Davis, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 2 1 2010**

**JAN HORBALY**
**CLERK**